JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6840
    Facsimile:   (415) 436-7234
    Email: kevin.barry@usdoj.gov

ORIGINAL

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-70296 EMC |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: MENTAL EVALUATION |
| NOEL GILLETT, | |
|     Defendant. | |

    On April 1, 2009, the parties in this case appeared before Magistrate Judge Zimmerman for the defendant's initial appearance on a Complaint. At that initial appearance, counsel for the government requested that the defendant be evaluated by a psychiatrist or psychologist to determine the defendant's mental condition, pursuant to 18 U.S.C. § 3142(g)(3)(A).

    On April 7, 2009, the parties appeared before Judge Zimmerman for a detention hearing, at which time the defendant waived a detention hearing, subject to a preservation of his right to request a detention hearing at a later time. At the April 7 hearing, the parties and the Court discussed the defendant's mental state once again, and the parties agreed to explore what mental

STIP. & [PROPOSED] ORDER RE: MENTAL EVALUATION
CR 09-70296 EMC                                                                                                               1

1  evaluation and/or treatment options were available through Pre-Trial Services. The Court agreed
2  that such an evaluation would be appropriate.
3  　　　　After the hearing, counsel for the defendant consulted further with Pre-Trial Services and
4  was informed that the defendant could be evaluated by a mental health professional, but that a
5  written order from the Court is required. Pursuant to that requirement, the parties hereby
6  stipulate that such an evaluation is necessary and respectfully request that the Court order that
7  such an evaluation be conducted at the direction of Pre-Trial Services. Counsel for the defendant
8  will coordinate with Pre-Trial Services and communicate with the Government and the Court as
9  appropriate for future dates.

11  SO STIPULATED:
　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
12  　　　　　　　　　　　　　　　　　　United States Attorney

14  DATED: April 8, 2009　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　KEVIN J. BARRY
15  　　　　　　　　　　　　　　　　　　Assistant United States Attorney

17  DATED: April 8, 2009　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　LOREN G. STEWART
18  　　　　　　　　　　　　　　　　　　Attorney for NOEL GILLETT

20  　　　　　　　　　　　　　　　[PROPOSED] ORDER
21  　　　　For the reasons stated above and at the hearings in this matter, the Court finds that an
22  evaluation of the defendant's mental condition by a psychiatrist or psychologist is necessary, and
23  hereby ORDERS that Pre-Trial Services have such an evaluation be conducted.

25  **IT IS SO ORDERED.**

27  DATED: 13 Apr 09
　　　　　　　　　　　　　　　　　　　THE HON. BERNARD ZIMMERMAN
28  　　　　　　　　　　　　　　　　　　United States Magistrate Judge

STIP. & [PROPOSED] ORDER RE: MENTAL EVALUATION
CR 09-70296 EMC                                                                                        2